No. 03–1169. KENNEDY ET AL. *v.* VENROCK ASSOCIATES ET AL. C. A. 7th Cir. Certiorari denied.

No. 03–1225. J. H. ET AL., BY AND THROUGH THEIR FATHER, HIGGIN *v.* JOHNSON ET AL. C. A. 7th Cir. Certiorari denied.

No. 03–1227. PO KEE WONG *v.* PATENT AND TRADEMARK OFFICE, BOARD OF PATENT APPEALS AND INTERFERENCES. C. A. Fed. Cir. Certiorari denied.

No. 03–1236. DILLARD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–1239. FACONTI *v.* POTTER, POSTMASTER GENERAL. C. A. 2d Cir. Certiorari denied.

No. 03–7719. FLOM *v.* UNITED STATES; and
No. 03–7748. ALLEN ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–7726. BOOTHE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–7884. YOUNG *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 03–7895. MORGAN *v.* JONES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–7949. HOGAN *v.* EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–7975. FENNIE *v.* FLORIDA ET AL. Sup. Ct. Fla. Certiorari denied.

No. 03–7995. JONES *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 03–8055. BRYAN *v.* MULLIN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 03–8601. SANFORD *v.* ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.